# United States Court of Appeals
### For the Eighth Circuit

_____

No. 22-3123

_____

Angel Lemus

*Plaintiff - Appellant*

v.

Agents Mutual Insurance Company

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Hot Springs

_____

Submitted: May 31, 2023
Filed: June 5, 2023
[Unpublished]

_____

Before GRUENDER, SHEPHERD, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Angel Lemus appeals the district court's[1] adverse grant of summary judgment in his diversity action raising claims under Arkansas state law. After a careful

---

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

review, we conclude that the district court did not err in granting judgment for the defendants.  <u>See</u> <u>Johnson v. Blaukat</u>, 453 F.3d 1108, 1112 (8th Cir. 2006) (reviewing grant of summary judgment de novo).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____